**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 458 EAL 2016
                                   :
              Respondent       :
                                   :   Petition for Allowance of Appeal from
                                   :   the Order of the Superior Court
          v.                 :
                                   :
                                   :
JOHN SIMMONS,                :
                                   :
             Petitioner        :

## ORDER

**PER CURIAM**

     **AND NOW**, this 7th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.